ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721

Telephone:  (559) 237-6000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:14-cr-00222 LJO SKO |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| vs. ) | **ORDER TO CONTINUE** |
| ) | **STATUS CONFERENCE** |
| JERRY WAYNE PFEIFFER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the initial status conference in this action, currently scheduled for December 1, 2014, be continued to February 2, 2015, at 1:00 P.M. before the Hon. Sheila K. Oberto, United States Magistrate Judge.

The additional time provided and agreed to by the parties will afford sufficient time for the defense to complete review of discovery provided to date by the government, conduct needed interviews and evaluations and should be sufficient for the parties to learn the awaited results of DNA and other forensic testing.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(7)(A) and 3161(h)(7)(B)(1).

DATED:  November 25, 2014         /s/ Michael Frye
                                  MICHAEL FRYE
                                  Assistant United States Attorney
                                  This was agreed to by Mr. Frye
                                  via telephone on November 25, 2014

1

1  DATED:   November 25, 2014        /s/ Roger K. Litman
                                      ROGER K. LITMAN
2                                     Attorney for Defendant
                                      JERRY WAYNE PFEIFFER
3

**ORDER**

IT IS SO ORDERED.

   Dated:   **November 25, 2014**              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

2