1  ROGER K. LITMAN, 57634
   Attorney at Law
2  Civic Center Square
   2300 Tulare Street, Suite 230
3  Fresno, California  93721

4  Telephone:  (559) 237-6000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:14-CR-00222 LJO/SKO |
| ) | |
| ) | STIPULATION AND |
| v.                                            ) | ORDER TO |
| ) | MODIFY CONDITIONS OF |
| JERRY PFEIFFER,                  ) | PRETRIAL RELEASE |
| ) | |
| Defendant                            ) | |
| _____ ) | |

The parties hereto having conferred with, and obtained input from Mr. Pfeiffer's assigned pretrial services officer, Dan Stark, stipulate and agree that the conditions of release ordered by the court on October 8, 2014, and amended on October 20, 2014, be modified to permit Mr. Pfeiffer to travel to Seattle, Washington with his wife, Abby Pfeiffer, on two occasions for the purpose of attending intercollegiate competitions in which their son, a student at the University of Washington, is participating.

The first date of modification is January 30, 2015 with Mr. Pfeiffer returning to his residence on February 1, 2015.

The second modification permits Mr. Pfeiffer to travel to Seattle with his wife on February 27, 2015 to return to his residence on March 1, 2015.

Mr. Pfeiffer, during his approved travel, will not be monitored.  While traveling, he is to adhere to all directives of his Pretrial Services Officer, to obey all laws, to provide his Pretrial Services Officer the address where he will be staying in the State of Washington and a contact telephone number where he can be reached during his travel.

1

Upon his return to his residence, on each occasion, Mr. Pfeiffer is to promptly report to his pretrial services officer.

DATED: January 12, 2015  /s/ Michael Frye
MICHAEL FRYE
Assistant United States Attorney
This was agreed to by Mr. Frye
via email on January 12, 2015

DATED: January 12, 2015  /s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
JERRY WAYNE PFEIFFER

ORDER

IT IS SO ORDERED.

Dated: **January 14, 2015**   **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE