ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721

Telephone: (559) 237-6000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JERRY WAYNE PFEIFFER,<br><br>    Defendant.<br>_____ | CASE NO. 1:14-CR-00222 LJO/SKO<br><br>**STIPULATION AND<br>ORDER TO CONTINUE<br>STATUS CONFERENCE** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for February 2, 2015, be continued to March 16, 2015 at 1:00 P.M. before the Hon. Sheila K. Oberto, United States Magistrate Judge.

The additional time afforded by this stipulation is necessary in order for the defense to complete its investigation and consultation with expert witnesses.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(7)(A) and 3161(h)(7)(B)(1).

DATED: January 28, 2015        /s/ Michael Frye
                                MICHAEL FRYE
                                Assistant United States Attorney
                                This was agreed to by Mr. Frye
                                via email on January 28, 2015

1

DATED:   January 28, 2015　　　　　　/s/ Roger K. Litman
　　　　　　　　　　　　　　　　　　ROGER K. LITMAN
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　JERRY WAYNE PFEIFFER

**ORDER**

IT IS SO ORDERED.

　Dated:   **January 29, 2015**　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2