ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721

Telephone: (559) 237-6000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:14-CR-00222 LJO/SKO |
| ) | |
| ) | STIPULATION AND |
| v. ) | ORDER TO |
| ) | MODIFY CONDITIONS OF |
| JERRY PFEIFFER, ) | PRETRIAL RELEASE |
| ) | |
| Defendant ) | |
| _____ ) | |

The parties hereto by and through their respective attorneys, agree that the conditions of release set by the court on October 8, 2014, and amended on October 20, 2014, be modified as follows: The condition of curfew and location monitoring be vacated. All other terms and conditions remain in full force and effect.

The Pretrial Services Officer has no objection to the agreed upon modification of the conditions of release.

DATED: March 25, 2015              /s/ Michael Frye
                                   MICHAEL FRYE
                                   Assistant United States Attorney
                                   This was agreed to by Mr. Frye
                                   via email on March 24, 2015


DATED: March 25, 2015              /s/ Roger K. Litman
                                   ROGER K. LITMAN
                                   Attorney for Defendant
                                   JERRY WAYNE PFEIFFER

                                   ORDER

IT IS SO ORDERED.

   Dated:   **March 27, 2015**              **/s/ Sheila K. Oberto**
                                   UNITED STATES MAGISTRATE JUDGE

1