BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
MIA GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4042
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14CR000222-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION; PROTECTIVE ORDER |
| v. | |
| JERRY WAYNE PFEIFFER | Rule 16(d) |
| Defendants. | COURT: Hon. Sheila K. Oberto |

WHEREAS, the defendant in the above-referenced matter is charged with a violation of 18 U.S.C. § 2242(2)(a) and (B), sexual abuse, and 12 pages of pending discovery, bate-stamped 198-209, pertains to a forensic medical exam containing personnel and confidential information about the person identified as Jane Doe in this matter; and

WHEREAS, due to the private nature of the contents of this pending discovery, the Government seeks a protective order pursuant to Federal Rule of Criminal Procedure 16(d) limiting dissemination of the pages 198-209 to the attorney for Jerry Wayne Pfeiffer, his designated investigator and medical experts hired on behalf of Jerry Wayne Pfeiffer.

The parties agree that entry of a stipulated protective order is an appropriate method of protecting the privacy interests of Jane Doe while allowing the attorney for Jerry Wayne Pfeiffer to adequately represent his client.

THEREFORE, defendant Jerry Wayne Pfeiffer by and through his attorney Roger Litman, and the United States of America, by and through Assistant United States Attorney Michael S. Frye, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains only to discovery in this matter bate-stamped 198-209.

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to disseminate pages 198 to 209 or share its contents with anyone other than his investigator on this matter and medical personnel he consults on this matter, and support staff.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising members of the defense team and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: April 15, 2015           By: /s/ Roger Litman
                                Roger Litmanm Mark Broughton
                                Attorney for Defendant
                                JERRY WAYNE PFEIFFER

| | |
|---|---|
| DATED: April 15, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | |
| | By: /s/ Michael S. Frye<br>Michael S. Frye<br>Assistant U.S. Attorney |

IT IS SO ORDERED.

   Dated:   **April 23, 2015**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER　　　3