BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
MIA GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4042
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14CR000222-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION; PROTECTIVE ORDER |
| v. | |
| JERRY WAYNE PFEIFFER | Rule 16(d) |
| Defendants. | COURT: Hon. Sheila K. Oberto |

WHEREAS, the defendant in the above-referenced matter is charged with a violation of 18 U.S.C. § 2242(2)(a) and (B), sexual abuse, and 12 pages of pending discovery, bate-stamped 200-211, pertains to a forensic medical exam containing personnel and confidential information about the person identified as Jane Doe in this matter; and

WHEREAS, due to the private nature of the contents of this pending discovery, the Government seeks a protective order pursuant to Federal Rule of Criminal Procedure 16(d) limiting dissemination of pages 200-211 to only the attorney for Jerry Wayne Pfeiffer, his designated investigator and medical experts hired on behalf of Jerry Wayne Pfeiffer.

1    The parties agree that entry of a stipulated protective order is an appropriate method of
2 protecting the privacy interests of Jane Doe while allowing the attorney for Jerry Wayne Pfeiffer to
3 adequately represent his client.
4    THEREFORE, defendant Jerry Wayne Pfeiffer by and through his attorney Roger Litman, and
5 the United States of America, by and through Assistant United States Attorney Michael S. Frye, hereby
6 agree and stipulate as follows:
7    1.    This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of
8 Criminal Procedure, and its general supervisory authority.
9    2.    This Order pertains only to discovery in this matter bate-stamped 200-211. This
10 stipulation and [proposed] order supersedes Court Document 26, which pertains to the same confidential
11 records of Jane Doe.
12    3.    By signing this Stipulation and Protective Order, Defense Counsel agrees not to
13 disseminate pages 200-211 or share its contents with anyone other than his investigator on this matter
14 and medical personnel he consults on this matter, and support staff.
15    4.    The discovery and information therein may be used only in connection with the litigation
16 of this case and for no other purpose.
17    5.    Defense Counsel will store the discovery in a secure place and will use reasonable care to
18 ensure that it is not disclosed to third persons in violation of this agreement.
19    6.    Defense Counsel shall be responsible for advising members of the defense team and
20 defense witnesses of the contents of this Stipulation and Order.
21    7.    In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to
22 withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by
23 this Order.
24 IT IS SO STIPULATED.

DATED: April 23, 2015                    By: /s/ Roger Litman
                                         Roger Litmanm Mark Broughton
                                         Attorney for Defendant
                                         JERRY WAYNE PFEIFFER

STIPULATION AND [PROPOSED] ORDER                 2

1  DATED: April 23, 2015                         BENJAMIN B. WAGNER
                                                  United States Attorney

3                                                 By: /s/ Michael S. Frye
                                                  Michael S. Frye
4                                                 Assistant U.S. Attorney

7  IT IS SO ORDERED.

       Dated:   **April 23, 2015**                    **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE