1  ROGER K. LITMAN, 57634
   Attorney at Law
2  Civic Center Square
   2300 Tulare Street, Suite 230
3  Fresno, California  93721

4  Telephone:  (559) 237-6000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   CASE NO.  1:14-CR-00222 LJO/SKO
                            )
    Plaintiff,              )
                            )   **STIPULATION AND D**
vs.                         )   **ORDER TO CONTINUE**
                            )   **STATUS CONFERENCE**
JERRY WAYNE PFEIFFER,       )
                            )
    Defendant.              )
_____)

The parties hereto, by and through their respective attorneys, stipulate and agree that the initial status conference in this action, currently scheduled for June 1, 2015, be continued to June 29, 2015 at 1:00 P.M. before the Hon. Sheila K. Oberto, United States Magistrate Judge.

The additional time provided and agreed to by the parties will afford sufficient time for the defense to complete its investigation.  Since the last agreed upon continuance, the defense has been able to complete a portion of its investigation and preparation, but has been stymied in its efforts to gain brief access to the tent cabin at Curry Village where the charged offense is alleged to have occurred.  Defense counsel recently requested the assistance of the government to secure access to the tent cabin.  The prosecutor has taken appropriate steps to assist the defense.

It is anticipated that this will be the final request for continuance of status conference as the defense expects to have all investigation completed by June 29, 2015.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(7)(A) and 3161(h)(7)(B)(1).

1

DATED: May 28, 2015                /s/ Michael Frye
                                   MICHAEL FRYE
                                   Assistant United States Attorney
                                   This was agreed to by Mr. Frye
                                   via telephone on May 28, 2015


DATED: May 28, 2015                /s/ Roger K. Litman
                                   ROGER K. LITMAN
                                   Attorney for Defendant
                                   JERRY WAYNE PFEIFFER

## **ORDER**

The parties' stipulated request for a continuance of the status conference date to June 29, 2015, is GRANTED for defense preparation and investigation, and to allow the parties additional time to achieve a mutually agreeable resolution of this matter. Should the parties resolve the case, they shall request that the matter be reset as a change of plea hearing before United States District Judge Lawrence J. O'Neill. If the parties are unable to resolve the matter, they shall be prepared to select a mutually agreeable trial date at the next status conference.

It is ordered that time be excluded in the interests of justice based on the grounds set forth in the parties' stipulation, through and including the continued status conference date under 18 U.S.C. § 3161(h)(7)(A) and (7)(B)(iv), in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **May 28, 2015**                    **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

2