ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721

Telephone:  (559) 237-6000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:14-CR-00222 LJO/SKO |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| vs. ) | **ORDER TO CONTINUE** |
| ) | **STATUS CONFERENCE** |
| JERRY WAYNE PFEIFFER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference presently calendared for June 29, 2015, at 1:00 p.m., be continued to October 5, 2015 at 1:00 P.M. before the Hon. Sheila K. Oberto, United States Magistrate Judge.

The additional time agreed to by the parties is necessary in order to afford sufficient time for the defense to complete its interview of witnesses and case preparation.  Since the last continuance in this matter, Mr. Pfeiffer, his counsel and his investigator have been able to visit the scene of the charged offense, to view, photograph and take measurements of the site and has made arrangements for a mental health evaluation of Mr. Pfeiffer.

The board certified specialist who will be conducting the evaluation is unable to meet with Mr. Pfeiffer before August, 2015.  Due to many professional commitments, and the short period of time during which the professional will not be working, the professional advised defense counsel that the evaluation, and any needed medical testing of Mr. Pfeiffer, cannot be completed until late September, 2015.

1

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(7)(A) and 3161(h)(7)(B)(1).

DATED:  June 24, 2015          /s/ Michael Frye
                               MICHAEL FRYE
                               Assistant United States Attorney
                               This was agreed to by Mr. Frye
                               via email on June 22, 2015

DATED:  June 24, 2015          /s/ Roger K. Litman
                               ROGER K. LITMAN
                               Attorney for Defendant
                               JERRY WAYNE PFEIFFER

**ORDER**

After a review of the most recent stipulation to continue status conference filed in this case, as well as the procedural history of this case, the parties' request to continue the status conference is DENIED.

In their Stipulation to Continue Status Conference filed on May 28, 2015, the parties stated that they anticipated that "this will be the final request for continuance of status conference as the defense expert expects to have all investigation completed by June 29, 2015." Accordingly, in its May 28, 2015, Order granting the parties' request to continue the matter, the court specifically stated that if the parties are "unable to resolve the matter, they shall be prepared to select a mutually acceptable trial date at the next status conference." The parties shall be prepared to select a mutually agreeable trial date at the June 29, 2015, status conference.

IT IS SO ORDERED.

Dated:   **June 25, 2015**              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE