Case 1:14-cr-00222-LJO-SKO   Document 33   Filed 06/26/15   Page 1 of 2

1  ROGER K. LITMAN, 57634
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: (559) 237-6000

4  Attorney for Defendant, JERRY PFEIFFER

5

6                 IN THE UNITED STATES DISTRICT COURT FOR THE

7                         EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   CASE NO.  1:14-CR-00222 LJO/SKO
                                    )
9         Plaintiff,                )
                                    )
10                                  )   **DECLARATION OF ROGER K.**
   v.                               )   **LITMAN IN SUPPORT OF REQUEST**
11                                  )   **FOR ORDER EXCUSING PERSONAL**
   JERRY PFEIFFER,                  )   **PRESENCE OF DEFENDANT;**
12                                  )   **ORDER**
          Defendant.                )
13 _____ )

14        Roger K. Litman declares:

15        1.    I am the attorney of record for defendant Jerry Pfeiffer in this matter. I have
16 personal knowledge regarding all facts set forth in this declaration. If called as a witness, I could
17 competently testify to each such fact.
18
          2.    This matter is calendared for a status conference on June 29, 2015 at 1:00 p.m. I
19
   have submitted a stipulation to continue status conference. As of the time of the dictation of this
20
   request to excuse my client from appearing personally, said stipulation has not been approved.
21
          3.    I am informed and believe, and on the basis of such information and belief allege
22
   that, my client resides in the County of Monterey, California. My client's presence in this matter
23
   will not assist me in representing him at the status conference.
24
          4.    Based on ongoing investigation, and a mental health evaluation scheduled for
25
26 August, 2015, my intention is to request that another status conference be calendared for

27 October 5, 2015.

28
                                                    1

5. On June 22, 2015, the assigned prosecutor in this matter, Assistant United States Attorney Michael Frye, emailed me to advise that he had no objection to a court order excusing my client from appearing at the status conference on June 29, 2015.

6. In addition, I am requesting that Mr. Pfeiffer's appearance be waived at any and all non-substantive pretrial proceedings until further order of the court.

7. At all times since he became my client, Mr. Pfeiffer has been extremely cooperative with me and has maintained regular telephone contact with me.

8. In light of the foregoing, I am respectfully requesting that the Court excuse Mr. Pfeiffer from appearing at the status conference on June 29, 2013 and at future, non-substantive pretrial proceedings until further order of the court.

I declare the foregoing to as true and correct, subject to the penalty of perjury under the laws of the United States of America.

Executed this 25th day of June, 2015 at Fresno, California.

Respectfully Submitted,

/s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
JERRY PFEIFFER

**ORDER**

It is hereby ordered that defendant Jerry Pfeiffer be excused from personal presence at the hearing for status conference calendared for June 29, 2015, and at future non-substantive pretrial proceedings until further order of the court.

IT IS SO ORDERED.

Dated:   **June 25, 2015**                              **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE