ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California  93721

Telephone:  (559) 237-6000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:14-CR-00222 LJO/SKO |
| v. | STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| JERRY PFEIFFER, | |
| Defendant | |

The parties hereto, having conferred with the assigned pretrial officer, who, based on Mr. Pfeiffer's compliance with the conditions of release, supports Mr. Pfeiffer's travel request, stipulate and agree that the conditions of release ordered by the court on October 8, 2014, and amended on October 20, 2014, be modified to permit Mr. Pfeiffer to travel to Austin, Texas and Cape Giradeau, Missouri, departing on October 9, 2015 and returning October 15, 2015.

The travel to Austin, Texas is for the purpose of meeting with a privately retained expert who will be evaluating Mr. Pfeiffer.  The evaluation was initially scheduled to occur within the Eastern District of California in August of 2015.  However, due to the expert's change of plans, Mr. Pfeiffer must travel to Austin, Texas for the evaluation.

After the evaluation is completed, Mr. Pfeiffer will be in relative proximity to where his mother resides in a nursing home in Cape Giradeau, Missouri.

Mr. Pfeiffer, before departing on any approved travel out of the Eastern District, will provide copies of his flight reservations, hotel reservation and the contact reservation of his sisters, with whom he will be staying while in Cape Giradeau.

While traveling, Mr. Pfeiffer is to adhere to all directives of his pretrial services officer, to

obey all laws, to provide his pretrial services officer the flight and hotel reservations regarding his travel to the state of Texas, as well as the contact information for his sisters with whom he will be staying near Cape Giradeau, Missouri as well as a contact telephone number where he can be reached during his travel.

Upon his return to his residence, Mr. Pfeiffer is to promptly report to his pretrial services officer.

DATED:   September 29, 2015          /s/ Michael Frye
                                     MICHAEL FRYE
                                     Assistant United States Attorney
                                     This was agreed to by Mr. Frye
                                     via email on September 29, 2015


DATED:   September 29, 2015          /s/ Roger K. Litman
                                     ROGER K. LITMAN
                                     Attorney for Defendant
                                     JERRY WAYNE PFEIFFER

IT IS SO ORDERED.

Dated:   **September 30, 2015**

UNITED STATES MAGISTRATE JUDGE

2