ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721

Telephone: (559) 237-6000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:14-CR-00222 LJO/SKO |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| vs. ) | **ORDER TO CONTINUE** |
| ) | **STATUS CONFERENCE** |
| JERRY WAYNE PFEIFFER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference presently calendared for October 19, 2015, at 1:00 p.m., be continued to November 30, 2015 at 1:00 P.M. before the Hon. Sheila K. Oberto, United States Magistrate Judge.

Counsel for the parties agree that a status conference would be more meaningful and productive after defense counsel receives an evaluation to be conducted by a psychologist in October, 2015. The evaluation was originally to be conducted in August of 2014, but was re-scheduled due to the unavailability of the expert. The trial date in this matter remains as previously calendared.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(7)(A) and 3161(h)(7)(B)(1).

DATED: September 30, 2015          /s/ Michael Frye
                                   MICHAEL FRYE
                                   Assistant United States Attorney
                                   This was agreed to by Mr. Frye
                                   via email on September 29, 2015

1

DATED:   September 30, 2015         /s/ Roger K. Litman
                                    ROGER K. LITMAN
                                    Attorney for Defendant
                                    JERRY WAYNE PFEIFFER

**ORDER**

IT IS SO ORDERED.

Dated:   **September 30, 2015**               **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE