ROGER K. LITMAN, 57634
Attorney at Law
7726 N. First Street, #352
Fresno, California  93720

Telephone:  (559) 237-6000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:14-CR-00222 LJO/SKO |
| ) | |
|     Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| vs. ) | **TO CONTINUE JURY TRIAL** |
| ) | |
| JERRY WAYNE PFEIFFER, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the jury trial in the instant action, presently calendared for January 26, 2016, be continued to March 8, 2016 at 8:30 a.m. before the Hon. Lawrence J. O'Neill.  The trial confirmation presently calendared for November 30, 2015 is continued to February 8, 2016 at 8:30 a.m.

    Continuance of the jury trial is necessitated by defense counsel's need to be available and to attend to a family medical situation which will make him unavailable during the month of January, 2016.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(7)(A) and 3161(h)(7)(B)(1).

DATED:  November 20, 2015          /s/ Michael Frye
                                   MICHAEL FRYE
                                   Assistant United States Attorney
                                   This was agreed to by Mr. Frye
                                   via email on November 20, 2015

DATED:   November 20, 2015         /s/ Roger K. Litman
                                   ROGER K. LITMAN
                                   Attorney for Defendant
                                   JERRY WAYNE PFEIFFER

IT IS SO ORDERED.

   Dated:   **November 23, 2015**          **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE

2