BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
MIA GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4042
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14CR000222-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING HEARING DATE |
| v. | |
| JERRY WAYNE PFEIFFER | |
| Defendants. | |

**STIPULATION TO CONTINUE HEARING DATE**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through his counsel of record, stipulate to continue the status conference in his matter, current set for March 7, 2016, to April 11, 2015, at 8:30 a.m.

The parties agree this continuance is necessary to allow permit defense counsel to recover from knee surgery that occurred on February 26, 2016, which has limited his mobility and affected his ability to work on this case. The parties have engaged in substantial settlement negotiations and it is anticipated that a formal offer will be made by March 4, 2016. The requested continuance will allow sufficient time for defense counsel to recover and for consideration of the offer.

STIPULATION AND [PROPOSED] ORDER                1

The parties agree to exclude time until April 11, 2016, and agree that the continuance of the hearing date will serve the ends of justice, and that the need for a continuance outweighs the interest of the public and the Defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Speedy Trial Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: March 3, 2016          Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney


                              /s/ Michael S. Frye
                              MICHAEL S. FRYE
                              Assistant United States Attorney

DATED: March 3, 2016

                              /s/ Roger Litman
                              ROGER LITMAN
                              Counsel for Defendant

**O R D E R**

Based on the stipulation of counsel and for good cause, it is ORDERED that the status hearing (For change of plea or trial setting) in this matter is continued from March 7, 2016, to April 11, 2016, at 8:30 a.m.  The court further finds that the ends of justice served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Speedy Trial Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **March 4, 2016**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE