ROGER K. LITMAN, 57634
Civic Center Square
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721

Telephone: (559) 237-6000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:14-CR-00222 LJO/SKO |
|---|---|---|
| | ) | |
| | ) | ***AMENDED*** STIPULATION AND |
| v. | ) | ~~PROPOSED~~ ORDER TO |
| | ) | MODIFY CONDITIONS OF |
| JERRY PFEIFFER, | ) | PRETRIAL RELEASE |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

The parties hereto, by and through their respective attorneys, having conferred with the pretrial services officer supervising Mr. Pfeiffer, stipulate and agree that the terms of Mr. Pfeiffer's release ordered by the court on October 8, 2014, and amended on October 20, 2014, be modified to permit Mr. Pfeiffer to travel to visit his mother and son in the States of Missouri and Michigan, commencing on April 29, 2016 and returning to his residence on May 3, 2016.

While traveling, Mr. Pfeiffer is to adhere to all directives of his pretrial services officer, to obey all laws, to provide his pretrial services officer the flight and hotel reservations regarding his travel to the states of Missouri and Michigan, as well as the contact information for his son and mother with whom he will be staying.

Upon his return to his residence, Mr. Pfeiffer is to promptly report to his pretrial services officer.

DATED: March 10, 2016          /s/ Michael Frye
                               MICHAEL FRYE
                               Assistant United States Attorney
                               This was agreed to by Mr. Frye
                               via email on March 10, 2016

1

DATED:  March 10, 2016        /s/ Roger K. Litman
                              ROGER K. LITMAN
                              Attorney for Defendant
                              JERRY WAYNE PFEIFFER

ORDER

The Stipulation to modify conditions of release to permit limited travel as stated in the Stipulation is GRANTED.

IT IS SO ORDERED.

Dated:  **March 15, 2016**        /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE