Roger K. Litman, #57634
Law Offices of Roger K. Litman
7726 N. First Street #352
Fresno, California  93720
Telephone:  559.237.6000
Email: rogrito@comcast.net

Attorney for Defendant, JERRY W. PFEIFFER

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br><br>JERRY WAYNE PFEIFFER,<br><br>Defendant. | CASE NO: 1:14-CR-00222-LJO/SKO<br><br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING<br><br>Date:  Oct. 11, 2016<br>Time:  10:00 AM<br>Courtroom:  LAWRENCE J. O'NEILL |

The parties hereto, by and through their respective attorneys, stipulate that the sentencing hearing in this action be continued from August 15, 2016 to October 11, 2016 at the hour of 10:00 am before the Honorable Lawrence J. O'Neill. The stipulation is needed based on information provided to counsel by the senior probation officer that he required additional time to complete his investigation and prepare a presentence report.

The proposed date is the earliest setting, based on preplanned vacations of the senior probation officer, defense counsel and the prosecutor.  Defense counsel is unavailable on October 3, 2016 due to a day of religious observance.

1

| | |
|---|---|
| Dated: July 6, 2016 | */s/*Roger K. Litman<br>Attorney For Defendant<br>JERRY W. PFEIFFER |
| Dated: July 6, 2016 | Phillip Talbert<br>Acting United States Attorney<br>By: */s/* Melanie Alsworth<br>Approved by email July 3, 2016 |

**ORDER**

The court has reviewed and considered the stipulation of the parties and good cause appearing, IT IS ORDERED that the sentencing hearing in this matter be set on October 11, 2016 at 10:00 am.

IT IS SO ORDERED.

Dated:   **July 7, 2016**           /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE

2