Roger K. Litman, #57634
Law Offices of Roger K. Litman
7726 N. First Street #352
Fresno, California  93720
Telephone:  559.237.6000
Email: rogrito@comcast.net

Attorney for Defendant, JERRY W. PFEIFFER

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO: 1:14-CR-00222-LJO/SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO MODIY CONDITIONS OF PRETRIAL RELEASE |
| JERRY WAYNE PFEIFFER, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, with the approval of the Pretrial Services Officer supervising Mr. Pfeiffer, stipulate and agree that the terms of Mr. Pfeiffer's release ordered by the court on October 8, 2014, and amended on October 20, 2014, be modified to permit Mr. Pfeiffer to travel to visit his son in the State of Michigan commencing on August 11, 2016 and returning to his residence on August 15, 2016.

While traveling, Mr. Pfeiffer is to adhere to all directives of his Pretrial Services Officer, to obey all laws, to provide his officer his flight schedule, the address where he will be staying while in Michigan as well as the contact information for his son in Muskegon, Michigan.

Upon his return to his residence, Mr. Pfeiffer is to promptly report to his Pretrial Services

1

Officer.

Dated: July 28, 2016         */s/*Roger K. Litman
                             Attorney For Defendant
                             JERRY W. PFEIFFER

Dated: July 28, 2016         Phillip Talbert
                             Acting United States Attorney
                             By: */s/* Melanie Alsworth
                             Approved by email July 28, 2016

IT IS SO ORDERED.

    Dated:   **July 28, 2016**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2