Roger K. Litman, #57634
Law Offices of Roger K. Litman
7726 N. First Street #352
Fresno, California   93720
Telephone:  559.237.6000
Email: rogrito@comcast.net

Attorney for Defendant, JERRY W. PFEIFFER

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br><br>JERRY WAYNE PFEIFFER,<br><br>    Defendant. | CASE NO: 1:14-CR-00222-LJO/SKO<br><br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING<br><br>Date:  Oct. 17, 2016<br>Time:  10:00 AM<br>Courtroom:  LAWRENCE J. O'NEILL |

The parties hereto, by and through their respective attorneys, stipulate that the sentencing hearing in this action be continued from October 11, 2016 to October 17, 2016 at the hour of 10:00 am before the Honorable Lawrence J. O'Neill. The stipulation is needed based on the due dates for filing of formal objections and sentencing memoranda by the parties.

Sentencing was continued from August to October 11, 2916 due to the press of work which precluded the senior probation officer from completing his report by the original deadline. Both parties have received and filed informal objections to the draft presentence report.  The responses to the informal objections, and the final report, will not be available to counsel until September 19, 2016 based on the scheduled sentencing date.

1

Defense counsel will be out of state commencing September 17, 2016 on a long planned, prepaid trip.  At the time of the earlier stipulation, defense counsel miscalculated that his sentencing pleading on behalf of Mr. Pfeiffer would be due after defense counsel returned to Fresno on October 1, 2016. In fact, the due date is now September 26, 2016, four days before defense counsel's return to Fresno.

The additional week will afford both parties an opportunity to fully brief their respective positions regarding the just sentence for Mr. Pfeiffer and allow defense counsel sufficient time to conduct legal research concerning the merits of the government's informal objections.

Counsel agree that any formal objections or sentencing memoranda shall be filed by October 11, 20116. The new dates sought comport with the availability and schedules of both counsel.

Dated: September 15, 2016                    */s/*Roger K. Litman
                                             Attorney For Defendant
                                             JERRY W. PFEIFFER

Dated: September 15, 2016                           Phillip Talbert
                                             Acting United States Attorney
                                             By: */s/* Melanie Alsworth
                                             Approved by email September 15, 2016


**ORDER**

The court has reviewed and considered the stipulation of the parties and good cause appearing, the sentencing hearing in this matter be set on October 17, 2016 at 10:00 am.

IT IS SO ORDERED.

   Dated:   **September 16, 2016**          **/s/ Lawrence J. O'Neill**
                                             UNITED STATES CHIEF DISTRICT JUDGE

2

Case 1:14-cr-00222-LJO-SKO   Document 66   Filed 09/19/16   Page 3 of 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3