Roger K. Litman, #57634
Law Office of Roger K. Litman
7726 N. First Street #352
Fresno, California 93720
Telephone: 559.237.6000
Email: rogrito@comcast.net

Attorney for Defendant, JERRY W. PFEIFFER

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br><br>JERRY WAYNE PFEIFFER,<br><br>    Defendant. | CASE NO: 1:14-CR-00222-LJO/SKO<br><br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

   The parties hereto, by and through their respective attorneys, with the approval of the Pretrial Services Officer supervising Mr. Pfeiffer, stipulate and agree that the terms of Mr. Pfeiffer's release ordered by the court on October 8, 2014, and amended on October 20, 2014, be modified to permit Mr. Pfeiffer to travel to Missouri to visit his mother, commencing on November 11, 2016 and returning to his residence on November 14, 2016.

   While traveling, Mr. Pfeiffer is to adhere to all directives of his Pretrial Services Officer, to obey all laws, to provide his officer his flight schedule, the address where he will be staying while in Missouri as well as the contact information for his mother in Missouri.

   Upon his return to his residence, Mr. Pfeiffer is to promptly report to his Pretrial Services

1

Officer.

Dated: October 27, 2016                              /*s*/Roger K. Litman
                                                 Attorney For Defendant
                                                 JERRY W. PFEIFFER

Dated: October 27, 2016                              Phillip Talbert
                                                 Acting United States Attorney
                                                 By: /*s*/ Melanie Alsworth
                                                 Approved by email Oct. 26, 2016

IT IS SO ORDERED.

   Dated:   **October 27, 2016**                    **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE