Roger K. Litman, #57634
Law Office of Roger K. Litman
7726 N. First Street #352
Fresno, California   93720
Telephone:  559.237.6000
Email: rogrito@comcast.net

Attorney for Defendant, JERRY W. PFEIFFER

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br><br>JERRY WAYNE PFEIFFER,<br><br>Defendant. | CASE NO: 1:14-CR-00222-LJO/SKO<br><br><br>STIPULATION AND ORDER TO EXTEND DATE OF SELF-SURRENDER |

The parties hereto, by and through their respective attorneys, with input from the assigned pretrial services officer, stipulate that the current date for Mr. Pfeiffer to self-surrender at FCI Terminal Island, November 30, 2016, be extended to January 4, 2017 by 12:00.  The additional time requested is needed by Mr. Pfeiffer to complete open jobs that were commenced before the date of Mr. Pfeiffer's sentencing as well as permitting Mr. Pfeiffer to complete all steps necessary to shut down his business.  These responsibilities have taken longer than anticipated by Mr. Pfeiffer.

Mr. Pfeiffer continues to report to Pretrial Services on a weekly basis.  Mr. Pfeiffer understands the negative legal consequences of failure to adhere to all orders of this court.

Dated: November 22, 2016 /s/Roger K. Litman
Attorney for Defendant
JERRY W. PFEIFFER

Dated: November 22, 2016 Phillip Talbert
Acting United States Attorney
By: /s/ Melanie Alsworth
Approved by email November 22, 2016

### ORDER

The court has reviewed and considered the stipulation of the parties and good cause appearing, and the date for defendant to self-surrender to the institution designated by the Bureau of Prisons is extended from November 30, 2016 to January 4, 2017 by 12:00 P.M. No further extensions.

IT IS SO ORDERED.

Dated:   **November 22, 2016**           /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE